UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KIMBERLY HUDSON-BRYANT )
_____, )
      Plaintiff (s), )
       )
  v. ) Case No. 4:25-CV-00244
       )
ONDERLAW, LLC )
_____, )
      Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff_____ and notifies the court of the intent to use
      (Plaintiff or Defendant)

__Proof Technology Inc._____
(name and address of process server)

__1800 Gaylord Street_____

__Denver, CO 80206_____

To serve: __Defendant ONDERLAW, LLC_____in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

02/27/2025                                                                                /S/ ANDREW ROMAN PERRONG
(date)                                                                                  (attorney for Plaintiff)

                                                                                        (attorney for Defendant)