IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )   No. 4:25-cv-244 ) |
| ONDERLAW, LLC, | ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Kaitlin A. Carpenter of OnderLaw, LLC, and hereby enters her appearance on behalf of Defendant OnderLaw, LLC, for herself and all similarly situated Missouri citizens.

**ONDERLAW, LLC**

By:   */s/ Kaitlin A. Carpenter*
   Kaitlin A. Carpenter 74599
   110 E. Lockwood Ave.
   St. Louis, MO  63119
   (314) 963-9000 (telephone)
   (314) 963-1700 (facsimile)
   carpenter@onderlaw.com
   *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 27, 2025, the foregoing pleading was filed electronically to be served by operation of the Court's electronic mailing system upon all attorneys of record.

*/s/ Kaitlin A. Carpenter*

1