IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  No. 4:25-cv-244 )  |
| ONDERLAW, LLC, | ) ) |
| Defendant. | ) |

## MEMORANDUM

COMES NOW Martin L. Daesch of OnderLaw, LLC, and hereby notifies the Court that Martin L. Daesch on behalf of Defendant OnderLaw, LLC, will be participating in the Scheduling Conference Call scheduled for May 9, 2025 at 10:30 a.m. Martin L. Daesch's telephone number is 314-227-7694.

**O**NDER**L**AW**, LLC**

By:  */s/ Martin L. Daesch*
Martin L. Daesch, #40494 110
E. Lockwood Ave.
St. Louis, MO  63119
(314) 963-9000 (telephone)
(314) 963-1700 (facsimile)
daesch@onderlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 30, 2025, the foregoing pleading was filed electronically to be served by operation of the Court's electronic mailing system upon all attorneys of record.

*/s/ Martin L. Daesch*

1