# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ONDERLAW, LLC<br><br>　　　　　　Defendant. | Case No.   25-cv-44 |

## MEMORANDUM

COMES NOW Andrew R. Perrong of Perrong Law, LLC, and hereby notifies the Court that Andrew R. Perrong of Perrong Law, LLC, on behalf of Plaintiff, Kimberly Hudson-Bryant, will be participating in the Scheduling Conference Call scheduled for May 9, 2025 at 10:30 a.m. Mr. Perrong's telephone number is 215-225-5529.

RESPECTFULLY SUBMITTED AND DATED this May 2, 2025.

　　　　　　　　　　　　　　　　　　s/Andrew Roman Perrong
　　　　　　　　　　　　　　　　Andrew Roman Perrong, E.D. Mo. No. 333687PA
　　　　　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　　　　　Glenside, PA 19038
　　　　　　　　　　　　　　　　215-225-5529
　　　　　　　　　　　　　　　　a@perronglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, a copy of the foregoing was served electronically via CM/ECF:

　　　　　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　　　　　Andrew Roman Perrong, Esq.