UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:25CV244 HEA |
| | ) |
| ONDERLAW, LLC, | ) |
| | ) |
| Defendant. | ) |

ORDER

**IT IS HEREBY ORDERED** that the scheduling conference pursuant to Fed.R.Civ.P. 16 previously set for May 9, 2025, is **VACATED**. The case management order will be entered based on the dates submitted by the parties in their Joint Proposed Scheduling Plan.

Dated this 5th day of May, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE