# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> ONDERLAW, LLC <br><br> Defendant. | Case No.   25-cv-244 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff Kimberly Hudson-Bryant, with the consent of OnderLaw, LLC, respectfully requests that she receive an extension of time to July 14, 2025 in order to file a response to the Defendant's Motion for Judgment on the Pleadings. This additional time is required to address all the points in the motion, as well as due to the press of existing prior business and obligations.

RESPECTFULLY SUBMITTED AND DATED this 18th day of June, 2025.

>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.
>PA Bar #333687
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 18, 2025, a copy of the foregoing was served electronically via CM/ECF:

                  */s/ Andrew Roman Perrong*
                  Andrew Roman Perrong, Esq.