IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br>   v.<br><br>ONDERLAW, LLC<br><br>         Defendant. | Case No.   25-cv-244 |

## [PROPOSED ORDER GRANTING] MOTION FOR EXTENSION OF TIME

AND NOW, this _____ day of _____, 202___, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to respond to the Defendant's Motion for Judgment on the Pleadings, it is ORDERED that the motion is GRANTED. Plaintiff shall have until July 14, 2025 in order to file a response to the motion (ECF Nos. 15, 16).

_____
                                                                                                                      J.