IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONDERLAW, LLC<br><br>Defendant. | Case No.   25-cv-0244 |

**[PROPOSED ORDER]**

**DENYING MOTION FOR JUDGMENT ON THE PLEADINGS**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that Defendant OnderLaw, LLC's Motion for Judgment on the Pleadings is hereby DENIED.

*BY THE COURT:*

_____

J.