# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, | ) ) ) ) | No. 4:25-cv-244 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ONDERLAW, LLC, | ) ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME

Defendant OnderLaw, LLC ("OnderLaw"), with the consent of Plaintiff Kimberly Hudson-Bryant, respectfully requests a 2-week extension of time in order to file a reply in support of its Motion for Judgment on the Pleadings. This extends OnderLaw's deadline to August 7, 2025. This additional time is required to address all the points in Plaintiff's Response, as well as due to the press of existing prior business and obligations.

                                      **ONDERLAW, LLC**

By    */s/ Kaitlin A. Carpenter*
           Martin L. Daesch, #40494
           Kaitlin A. Carpenter, #74599
           110 E. Lockwood
           St. Louis, MO 63119
           (314) 963-9000
           (314) 963-1700 facsimile
           daesch@onderlaw.com
           carpenter@onderlaw.com
           Attorneys for Defendant

## CERTIFICATE OF SERVICE

      The undersigned certifies the foregoing document was electronically filed with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon all attorneys of record on this 16th day of June, 2025.

                                               /s/ *Kaitlin A. Carpenter*