# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KIMBERLY HUDSON-BRYANT, | ) | No. 4:25-cv-244 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ONDERLAW, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

COMES NOW Defendant OnderLaw, LLC, by and through its respective counsel, and hereby files this notice that the parties have reached settlement in this matter.

**ONDERLAW, LLC**

By  */s/ Martin L. Daesch*
Martin L. Daesch, #40494
Kaitlin A. Carpenter, #74599
110 E. Lockwood
St. Louis, MO 63119
(314) 963-9000
(314) 963-1700 facsimile
daesch@onderlaw.com
carpenter@onderlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was electronically filed with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon all attorneys of record on this 29th day of September, 2025.

/s/ *Martin L. Daesch*