IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KIMBERLY HUDSON-BRYANT, | ) | No. 4:25-cv-244 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ONDERLAW, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Kimberly Hudson-Bryant, by and through her respective counsel, and hereby files this Stipulation for Dismissal with Prejudice dismissing all claims and causes of action herein. Each party to bear their own costs.

Respectfully submitted,

PERRONG LAW LLC

By: *[signature]*
Andrew Roman Perrong #333687
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529
Fax: 888-329-0305
a@perronglaw.com

1